**CRIMINAL CAUSE FOR STATUS:**

BEFORE ROSS,J.      OCT.11 2013      TIME:1:00pm

CR-13-205(ARR)

DEFT NAME: Hugnel Andre                                    #
    X  present        ___ not present     x cust.        ___ bail

DEFENSE COUNSEL:   Pamela Roth
    x present        ___ not present     ___ CJA    x RET.    ___ LAS

DEFT NAME: Courtney Melville                               #
    ___ present      x  not present      x  cust.        ___ bail

DEFENSE COUNSEL:   Gregory Watts
    x present        ___ not present     ___ CJA    x RET.    ___ LAS

DEFT NAME:                                                 #
    ___ present      ___ not present     ___ cust.       ___ bail

DEFENSE COUNSEL:
    ___ present      ___ not present     ___ CJA    ___ RET.   ___ LAS

DEFT NAME:                                                 #
    ___ present      ___ not present     ___ cust.       ___ bail

DEFENSE COUNSEL:
    ___ present      ___ not present     ___ CJA    ___ RET.   ___ LAS

A.U.S.A.: Kevin Trowel                        CLERK: DEL

REPORTER: M. Nardone                          OTHER:
INT:    (LANG.-          )

_x_ CASE CALLED.   _x_ DEFT(S) _____ APPEAR WITH COUNSEL.
___ DEFT(S) _____ APPEAR WITHOUT COUNSEL.
_X_ COUNSEL PRESENT WITHOUT DEFT(S) Melville          .
___ STATUS CONF/HRG FOR DEFT(S) _____ ADJ'D TO _____.
___ STATUS CONF/HRG FOR DEFT(S) _____ HELD.

_X_ **SPEEDY TRIAL** INFO FOR DEFT(S) _____
    CODE TYPE _T_   START _10/11/13_    STOP _11/18/13_
    ✓ ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO _____.
✓ FURTHER STATUS CONF/HRG SET FOR _11/6/13 @ 1:00pm_.

OTHER: Jury selection and trial re-scheduled for 11/18/13 @ 9:30am

1. Defense counsel Roth is relieved and CJA Lori Cohen is appointed to represent Deft Hugnel Andre.